UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2014 SEP 15 AM 9:09
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

SHAWNELLIAS BURGESS,

    Plaintiff,

v.

Ally Bank,                           CASE NO. 3:2014-CV-01676

    Defendant.                JURY DEMAND

[Handwritten annotations by judge: "ORDER — The motion to amend is GRANTED. The Defendant's motion to dismiss is DENIED as moot, without prejudice to renew upon the filing of the Amended Complaint." Signed and dated 9-16-14.]

<u>PLAINTIFF'S MOTION FOR PERMISSION TO AMEND COMPLAINT OR REPLY
TO DEFENDANT'S MOTION TO DISMISS BY OCTOBER 15, 2014</u>

    Plaintiff, Shawnellias Burgess, acting on his own behalf, requests that the Court grant him permission to either Amend his Complaint or Respond to Defendant's motion to dismiss by October 15, 2014 and offers the following in support:

1. Pursuant to FRCP 15
2. Plaintiff has been in discussion with various attorneys to file for Class Action Representation possibility.
3. Plaintiff has additional claims to present in an Amended Complaint that is awaiting either the denial or acceptance by an attorney regarding Class Action Representation.
4. Plaintiff should have a definitive answer from various attorneys as to whether Class Action Representation is accepted by October 15, 2014.
5. Plaintiff's Amended Complaint shall address any issues in Defendant's Motion to Dismiss.

**WHEREFORE**, Plaintiff moves the Court for permission to either File an Amended Complaint or Respond to Defendant's Motion to Dismiss by October 15, 2014.