IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWNELLIAS BURGESS, | ) |
| Plaintiff, | ) No. 3:14-cv-01676 |
| | ) Senior Judge Haynes |
| v. | ) |
| ALLY BANK, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 58) that Defendant's motion to dismiss (Docket Entry No. 26) be granted and that this action be dismissed with prejudice.

Plaintiff filed an objection (Docket Entry No. 59) to the Magistrate Judge's Report and Recommendation, to which Defendant filed a response (Docket Entry No. 62) and Plaintiff filed a reply (Docket Entry No. 65). Upon de novo review, the Court concludes that Plaintiff's objections were thoroughly addressed in the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **ADOPTS** the Report and Recommendation. Defendant's motion to dismiss (Docket Entry No. 26) is **GRANTED** and this action is **DISMISSED with prejudice**. All pending motions (Docket Entry Nos. 60 and 61) in this action are **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 6th day of March, 2015.

William J. Haynes, Jr.
Senior United States District Judge