United States District Court for the **Middle**
District of **Tennessee**

RECEIVED IN CLERK'S OFFICE
MAR 10 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

Shawnellias Burgess

**Plaintiff,**

vs.

CASE NO. **3:14-CV-01676**

Ally Bank

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that _____ **Shawnellias Burgess** _____, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from **the final judgment from the**
(the final judgment) (from an

**Middle TN District Court** _____ entered in this action on the _____ **9th** _____ day of
order (describing it))

_____ **March** _____, **2015**.

(s) _[signature]_

Address: **3040 Cody Hill Road**

**Nashville, TN 37211**

**615.579.5752**

Attorney for **Pro Se - Plaintiff**

cc: Opposing Counsel ☐
    Court of Appeals ☐

6CA-3
1/99

PRIORITY MAIL

STATES POSTAL SERVICE

Mailing Envelop

sps.com

L RESTRICTIONS APPLY. are required. Consult the ail Manual (IMM) at pe.usps. ssociate for details.

0000100001 4

UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

P

usps.com
$5.05
US POSTAGE
Flat Rate Env

9405 5036 9930 0007 6380 90 0050 5000 0013 7203

Commercial Base Pricing

03/09/15 Mailed from 37211 062S0000001310

## PRIORITY MAIL 1-DAY™

SHAWNELLIAS BURGESS
3040 CODY HILL RD
NASHVILLE TN 37211-7902

Expected Delivery Date: 03/10/15

0006

C032

RECEIVED
IN CLERK'S OFFICE
MAR 10 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

SHIP TO:
CIVIL COURT CLERK
US DISTRICT COURT
801 BROADWAY
STE 800
NASHVILLE TN 37203-3869

**USPS TRACKING #**

**9405 5036 9930 0007 6380 90**

Electronic Rate Approved #038555749

Please Recycle

EP14F November 2011 © U.S. Postal Service

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; November 2011; All rights reserved.